**US PHILIPS CORPORATION, Plaintiff–Appellee,**

v.

**INTERNATIONAL NORCENT TECHNOLOGY, INC. and Norcent Holdings, Inc., Defendants–Appellants,**

and

**Jennifer Long, Defendant–Appellant.**

Nos. 2008–1385, –1488, –1521, –1566, 2009–1005.

United States Court of Appeals, Federal Circuit.

April 2, 2010.

Bruce G. Chapman, Keith D. Fraser, Connolly Bove Lodge & Hutz LLP, kenneth L. Wilton, Seyfarth Shaw LLP, Los Angeles, CA, for Defendants–Appellants.

Frank A. Decosta III, Finnegan, Henderson, Farabow, Washington, DC, Samuel L. Alberstadt, Keats McFarland & Wilson, LLP, Beverly Hills, CA, Jeffrey K. Joyner, Jeffrey Yee, Greenberg Traurig LLP, Santa Monica, CA, Joyce Craig, Finnegan, Henderson, Farabow, Washington, DC, William H. Kiekhofer III, Mcguirewoods LLP, Los Angeles, CA, for Plaintiff–Appellee.

ON MOTION

*ORDER*

The parties move to voluntarily dismiss these appeals.

On December 16, 2008, this court stayed briefing pursuant to 11 U.S.C. § 362 due to Jennifer Long's pending bankruptcy petition. Long informs the court that the United States Bankruptcy Court for the Central District of California has dismissed the bankruptcy case.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The stay is lifted, the appeals are reactivated, and the appeals are dismissed.

(2) Each side shall bear its own costs.